IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | CV 622-043 |
| AAA DISCOUNT HOMES, LLC; DELTA TRANSPORT & MANAGEMENT, INC.; DENNIS W. DRIGGERS; DEWAYNE DRIGGERS; and HEATHER WAY, | * | |
| Defendants. | * | |

## ORDER

Before the Court is the Parties' stipulation of dismissal without prejudice. (Doc. 61.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines, if any, and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of May, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA